CLOSED,LEAD

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:20–cv–00947–RGA

Rubin v. Mariotti et al
Assigned to: Judge Richard G. Andrews
Member case:
   1:20–cv–01031–RGA
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 07/14/2020
Date Terminated: 10/30/2020
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Nathan Rubin**
*Derivatively on Behalf of Funko, Inc.*

represented by **Peter Bradford deLeeuw**
deLeeuw Law LLC
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274–2180
Email: brad@deleeuwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Fletcher**

represented by **Eric M. Carrino**
Email: ecarrino@robbinsllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Bradford deLeeuw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brian Mariotti**

represented by **John M. O'Toole**
Richards, Layton & Finger
Corporate Litigation
920 N. King St.
Wilmington, DE 19801
302–651–7867
Email: otoole@rlf.com
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801

(302) 658–6541
Email: dicamillo@rlf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jennifer Fall Jung**                           represented by   **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Russell Nickel**                               represented by   **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gino Dellomo**                                 represented by   **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Lunsford**                             represented by   **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles Denson**                               represented by   **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adam Kriger**                                  represented by

**John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Ken Brotman                              represented by **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Sarah Kirshbaum Levy                     represented by **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Diane Irvine                             represented by **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nominal Defendant**

Funko, Inc.                              represented by **John M. O'Toole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Raymond J. DiCamillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2020 | Ï 1 | VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT filed with Jury Demand against Sarah Kirshbaum Levy, Ken Brotman, Gino Dellomo, Charles Denson, Funko, Inc., Diane Irvine, Jennifer Fall Jung, Adam Kriger, Michael Lunsford, Brian Mariotti, Russell Nickel – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number ADEDC–3060952.) – filed by Nathan Rubin. (Attachments: # 1 Verification of Nathan Rubin, # 2 Civil Cover Sheet)(myr) (Entered: 07/15/2020) |

| 07/14/2020 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (myr) (Entered: 07/15/2020) |
|---|---|---|
| 07/15/2020 | Ï | No Summons Issued. (myr) (Entered: 07/15/2020) |
| 07/22/2020 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 07/22/2020) |
| 09/03/2020 | Ï 3 | NOTICE of Appearance by Raymond J. DiCamillo on behalf of Sarah Kirshbaum Levy, Ken Brotman, Gino Dellomo, Charles Denson, Funko, Inc., Diane Irvine, Jennifer Fall Jung, Adam Kriger, Michael Lunsford, Brian Mariotti, Russell Nickel (DiCamillo, Raymond) (Entered: 09/03/2020) |
| 09/03/2020 | Ï 4 | STIPULATION and Proposed Order Consolidating Related Derivative Actions and Appointing Co–Lead And Liaison Counsel, by Richard Fletcher, Nathan Rubin. (deLeeuw, Peter) Modified on 9/3/2020 (nms). (Entered: 09/03/2020) |
| 09/03/2020 | Ï 5 | ORAL ORDER: The stipulated motion (D.I. 5 20–cv–1031–RGA; D.I. 4 in 20–cv–947–RGA is DENIED. The court would approve it if there were only one lead counsel. This is a case each counsel filed on its own, and two co–lead counsel dilutes responsibility for no good reason when either counsel could competently handle the case on its own. Ordered by Judge Richard G. Andrews on 9/3/2020. Associated Cases: 1:20–cv–00947–RGA, 1:20–cv–01031–RGA(nms) (Entered: 09/03/2020) |
| 09/08/2020 | Ï 6 | STIPULATION and [Proposed] Order Consolidating Related Derivative Actions and Appointing Lead and Liaison Counsel by Richard Fletcher, Nathan Rubin. (deLeeuw, Peter) (Entered: 09/08/2020) |
| 09/08/2020 | Ï 7 | SO ORDERED Granting (D.I. 8 in 20–cv–1031–RGA; D.I. 6 in 20–cv–947–RGA) Stipulation and Proposed Order Consolidating Related Derivative Actions and Appointing Lead and Liaison Counsel. Signed by Judge Richard G. Andrews on 9/8/2020. Associated Cases: 1:20–cv–00947–RGA, 1:20–cv–01031–RGA(nms) (Entered: 09/08/2020) |
| 10/08/2020 | Ï 8 | STIPULATION and Proposed Scheduling Order, by Richard Fletcher, Nathan Rubin. (deLeeuw, Peter) Modified on 10/8/2020 (nms). (Entered: 10/08/2020) |
| 10/13/2020 | Ï 9 | SO ORDERED as Modified re 8 Stipulation and Proposed Scheduling Order. On or before November 2, 2020, Defendant shall move to transfer. Plaintiff shall file their answering brief in opposition by November 17, 2020. Defendants shall file their reply brief by December 1, 2020. Signed by Judge Richard G. Andrews on 10/13/2020. (nms) (Entered: 10/13/2020) |
| 10/30/2020 | Ï 10 | Joint Stipulation and [Proposed] Order regarding Transfer of Action, by Sarah Kirshbaum Levy, Ken Brotman, Gino Dellomo, Charles Denson, Funko, Inc., Diane Irvine, Jennifer Fall Jung, Adam Kriger, Michael Lunsford, Brian Mariotti, Russell Nickel. (DiCamillo, Raymond) Modified on 10/30/2020 (nms). (Entered: 10/30/2020) |
| 10/30/2020 | Ï 11 | SO ORDERED Granting 10 Joint Stipulation and Proposed Order Regarding Transfer of Action. Signed by Judge Richard G. Andrews on 10/30/2020. (nms) (Entered: 10/30/2020) |
| 10/30/2020 | Ï | Case transferred to United States District Court for the Central District of California. Associated Cases: 1:20–cv–00947–RGA, 1:20–cv–01031–RGA(nms) (Entered: 10/30/2020) |