JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RUBIN, Derivatively on Behalf of FUNKO, INC., <br><br>Plaintiff, <br>v. <br><br>BRIAN MARIOTTI, JENNIFER FALL JUNG, RUSSELL NICKEL, GINO DELLOMO, MICHAEL LUNSFORD, CHARLES DENSON, ADAM KRIGER, KEN BROTMAN, SARAH KIRSHBAUM LEVY, and DIANE IRVINE, <br><br>Defendants, <br>-and- <br><br>FUNKO, INC., <br>Nominal Defendant. | Case No. 2:20-cv-10083-VAP-MAA <br><br>**ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE** <br><br>Judge: Virginia A. Phillips |

ORDER VOLUNTARILY DISMISSING ACTION

Pursuant to the parties' Stipulation of Voluntary Dismissal Without Prejudice, the Court hereby Orders that:

1. The Action is dismissed in its entirety without prejudice;
2. For the reasons stated above, no notice of this dismissal is required; and
3. The parties are to bear their own costs, fees, and expenses.

IT IS SO ORDERED.

April 23, 2021
DATED

HONORABLE VIRGINIA A. PHILLIPS
JUDGE OF THE DISTRICT COURT

- 1 -
ORDER VOLUNTARILY DISMISSING ACTION